IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>BARLOWORLD HANDLING LP,<br><br>    Defendant, | Civil Action No.: 7:05-CV-02552-LSC |

### NOTICE OF APPEARANCE

COMES NOW Peyton Lacy, Jr., of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and enters his appearance as additional counsel of record for the defendant, Barloworld Handling LP.

Respectfully submitted,
/s Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900
(205) 328-6000
E-mail: Peyton.Lacy@odnss.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to J. Mark Graham and Mildred Byrd.

/s Peyton Lacy, Jr.
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900
(205) 328-6000
E-mail: Peyton.Lacy@odnss.com