FILED

2006 Jun-29  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ] | |
| OPPORTUNITY COMMISSION, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | CV-05-CO-02552-W |
| | ] | |
| BARLOWORLD HANDLING LP, | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 18), filed on June 29, 2006, the plaintiff's complaint and this cause are hereby DISMISSED with prejudice.  Each party to bear its own costs.

Done this <u>29th</u> day of <u>June 2006</u>.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

143449